FILED

JUL 3 0 2014

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL NO. 14-30031 |
| THOMAS GIBBONS, | |
| Defendant. | |

PURSUANT TO 28 U.S.C. § 515, THE UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF GEORGIA CHARGES THAT:

## COUNT ONE
### (Computer Fraud and Abuse)

In November 2010, in the Central District of Illinois, Defendant Thomas Gibbons did intentionally access a computer without authorization and exceeded his authorized access to a computer and thereby obtained information from any department and agency of the United States and information from any protected computer, in violation of 18 U.S.C. §§ 1030(a)(2) and 1030(c)(2)(A).

SALLY QUILLIAN YATES
*United States Attorney*

s/ Ryan Scott Ferber

Ryan Scott Ferber
*Special Attorney*

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Tele.: 404-581-6000
Fax.: 404-581-6181