E-FILED
Wednesday, 28 January, 2015  04:10:26 PM
Clerk, U.S. District Court, ILCD

JAN 22 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | WAIVER OF 18 U.S.C. § 3401 RIGHTS |
| v. | |
| THOMAS GIBBONS, | CRIMINAL NO. 14-30031 |
| Defendant. | |

I, THOMAS GIBBONS, the above named defendant, who is charged with computer fraud and abuse, in violation of 18 U.S.C. §§ 1030(a)(2) and 1030(c)(2)(A), being advised of my rights, hereby waive in open court on January 22, 2015, my right to be tried before a district judge for the district in which the offense was committed, pursuant to 18 U.S.C. § 3401, and Central District of Illinois Local Civil Rule 72.1(A)(1).  This includes my knowing, voluntary, and intelligent waiver of my right to trial, judgment, and sentencing by a district judge and my right to trial by jury before a district judge or magistrate judge.  By signing below, I expressly consent to be tried before the magistrate judge and expressly and specifically waive trial, judgment, and sentencing by a district judge.

s/Thomas Gibbons
THOMAS GIBBONS
Defendant

s/L. Lee Smith
L. Lee Smith
Counsel for Defendant

This Court finds that based on its observations and questioning of the defendant under oath, he is knowingly, voluntarily, and intelligently waiving the rights discussed herein.

SO ORDERED, this 22nd day of January, 2015.

s/ Tom Schanzle-Haskins
THOMAS P. SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE