PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## United States District Court
### for the
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 14-30031-001 |
| ) | |
| THOMAS GIBBONS ) | |

On January 22, 2015, the above named was placed on probation for a period of 3 years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

s/Darrell Hite

DARRELL HITE
Sr. U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this 2nd day of February, 2017.

s/ Tom Shanzle-Haskins

United States Magistrate Judge
TOM SCHANZLE-HASKINS